636

Frank P. Nepper, appellant, v. Helen Fichter Nepper, appellee.
Gen. No. 32,751.

Opinion filed May 14, 1928.

Harold Engstrom, for appellant; Austin L. Wyman, of counsel.
William Capesius, for appellee.
Mr. Presiding Justice Matchett delivered the opinion of the court.

P. W. O'Toole, plaintiff in error, v. Shank Company, defendant in error. Gen. No. 32,503.

Opinion filed May 14, 1928.

Samuel B. King, for plaintiff in error. Robert W. Dunn, for defendant in error.
Mr. Justice McSurely delivered the opinion of the court.

Elsa Sippel, defendant in error, v. Ernest H. Sippel, plaintiff in error. Gen. No. 32,586.

Opinion filed May 14, 1928.

William R. Brand, for plaintiff in error. Socrates & Davis, for defendant in error.
Mr. Justice McSurely delivered the opinion of the court.

Bella Schiff, appellant, v. Sarah Stamler and Philip Stamler, appellees. Gen. No. 32,640.

Opinion filed May 14, 1928.

Martin M. Gross, for appellant. Samuel Micon, for appellees.
Mr. Justice McSurely delivered the opinion of the court.

Paul Gerhardt, appellee, v. Horace L. Brand, appellant. Gen. No. 32,675.

Opinion filed May 14, 1928.

Litsinger, Healy & Reid, for appellant. Keehn, Woods & Weisl, for appellee.
Mr. Justice McSurely delivered the opinion of the court.